# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TERRY A. COLLINS**

    **Plaintiff,**

                      **Case No. 2:18-cv-592**
                      **Chief Judge Edmund A. Sargus, Jr.**
    v.                  **Chief Magistrate Judge Elizabeth P. Deavers**

**DRAKE E. BENNETT,** *et al.***,**

    **Defendants.**

## ORDER

Plaintiff and Defendants Drake Bennett and William Hughes have filed a joint motion, unopposed by Defendant Jeremy Tuttle, for leave to depose Plaintiff and two alleged witnesses to the assault giving rise to the claims in this action. (ECF No. 29.) Plaintiff and one witness, Jacob D. Montgomery, are currently incarcerated at Southern Ohio Correctional Facility, and the other witness, Shawn L. Nooks, is currently incarcerated at Lebanon Correctional Institution. (*Id.*)

The joint motion (ECF No. 29) is **GRANTED**. The parties may depose Plaintiff, Jacob D. Montgomery, and Shawn L. Nooks on such terms and conditions as the institutions shall impose. Fed. R. Civ. P. 30(a)(2)(B).

    **IT IS SO ORDERED.**


Date: April 9, 2019                              /s/ *Elizabeth A. Preston Deavers*
                                                 ELIZABETH A. PRESTON DEAVERS
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE